PD-0699-15

Cause No. _____

Denied 10/6/15
[handwritten signature]

Willie Frank Jackson          §    In The Texas Supreme

V.                            §    Court of Criminal Appeals

State of Texas                §    Austin, Texas

                              §

FILED IN
COURT OF CRIMINAL APPEALS

OCT 01 2015

Abel Acosta, Clerk

*Motion Requesting For Extension of Time To File Rehearing*

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 29 2015

Abel Acosta, Clerk

To The Honorable Justice of said Court:

Now Comes Willie Frank Jackson, Pro se, and file this "Motion Requesting For Extension of Time To File Rehearing" In the above-entitled cause number, and respectfully show as following:

I.

On the 16th day of Sept. 2015 the Appellant's Pro Se Petition for discretionary review was refused. Six (6) days after (9/22/15) Appellant's received the order (white card) in Tr.Ct.No. 29295; COA No. 06-14-00097-CR + PD-0699-15. Pursuant to Rules of Appellate Procedure Tex. Rule App. Proc. Rule 79.1. Rehearing Motion must be filed within 15 days from the date of the judgment. Which only leave 9 days To File Motion for Rehearing. Being indigent and Pro Se (layman at law) I Respectfully Request for 15 days extension of time.

Respectfully Submitted
[signature] #1931429
Willie Frank Jackson
TDCJ-ID # 1931429
Robertson Unit
12071 FM 3522
Abilene, Tx. 79601

celfilis!
#1431. 9/23/15

## Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing "Motion for Extension of Time" was mailed in the USP on the 23 day of Sept 2015. To the Clerk of the Texas Supreme Court of Criminal Appeals. of Austin, Texas. On this the 23 day of Sept 2015.

Respectfully Submitted,

Willis Frank Jackson #1931429
Willis Frank Jackson #1931429

Willie Frank Jackson
TDCJ-ID #1931429
Robertson Unit
12071 FM 3522
Abilene, Tex. 79601

Clerk
Court of Criminal Appeals
P.O. Box 12308
Capital Station
Austin, Tex. 78711

Sept 23, 2015

Dear Clerk:

Please find enclosed one original copy of Jackson Pro Se "Motion Requesting For Extension of Time to File Rehearing Motion." I pray this Hon. Court accept the Requestable Request.

Respectfully Submitted

_Willie Frank Jackson_ #1931429
Willie Frank Jackson #1931429
Robertson Unit
12071 FM 3522
Abilene, Tex. 79601

cc/files:
WFJ 9/23/15